

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00319-CR

| | | |
|---|---|---|
| Carter Compton, II | § | From the 16th District Court |
| | § | of Denton County (F-2013-1350-A) |
| v. | § | July 30, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
     Justice Bill Meier